CHRISTOPHER CHIOU
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR LEONEL ALVREZ-MAGANA,<br><br>Defendant. | Case No.: 2:14-cr-00288-RFB-GWF<br><br>**MOTION TO UNSEAL DOCKET** |

      THE UNITED STATES OF AMERICA, by and through Christopher Chiou, Acting United States Attorney, and Lisa C. Cartier Giroux, Assistant United States Attorney, hereby moves the Court to unseal Case Number 2:14-cr-00288-RFB-GWF. The United States had previously requested that the docket remain sealed as to Defendant who is at large with an active warrant for his arrest. However, at this time the United States requests that the entire docket be unsealed.

      Dated this 28th day of June, 2021.

      Respectfully Submitted,

      CHRISTOPHER CHIOU
      Acting United States Attorney

    By:  */s/ Lisa Cartier-Giroux*
      LISA C. CARTIER GIROUX
      Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )   Case No.: 2:14-cr-00288-RFB-GWF
                                    )
                Plaintiff,          )   **ORDER UNSEALING DOCKET**
                                    )
vs.                                 )
                                    )
VICTOR LEONEL ALVREZ-MAGANA,        )
                                    )
                Defendant.          )
                                    )

Based on the Motion of the United States, and good cause appearing therefore, IT IS HEREBY ORDERED that case number 2:14-cr-00288-RFB-GWF shall be UNSEALED.

DATED this __6th__ day of __July__, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE