SIGAL CHATTAH
United States Attorney
Nevada Bar No. 8264
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Afroza.Yeasmin@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR LEONEL ALAVREZ-MAGANA, <br><br> Defendant. | Case No.:  2:14-cr-00288-RFB-EJY <br><br> **GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) AND TO QUASH THE ARREST WARRANT.** |

COMES NOW the United States of America, by and through Sigal Chattah, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Indictment filed on August 27, 2014 (ECF No. 1) and quash the arrest warrant as to defendant Victor Leonel Alvarez Magana in the interests of justice.

The defendant is not in custody on the above-captioned matter.

Respectfully submitted this 17th day of June 2025.

        SIGAL CHATTAH
        United States Attorney
        */s/ Afroza Yeasmin*
        AFROZA YEASMIN
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00288-RFB-EJY |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| VICTOR LEONEL ALAVREZ-MAGANA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against Victor Leonel Alvarez Magana.

SIGAL CHATTAH
United States Attorney

By____/s/ *Afroza Yeasmin*____
AFROZA YEASMIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal. It is further ordered that the arrest warrant is quashed.

Dated: June 24th 2025.

_____
HONORABLE RICHARD F. BOULWARE
United States District Judge